# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
AUSTIN, CHRISTOPHER DANIEL § Case No. 12-05532
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Jeffrey P. Allsteadt
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:00 a.m., on Tuesday, December 2, 2014
> in Courtroom 744, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner_____
                                      Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
AUSTIN, CHRISTOPHER DANIEL § Case No. 12-05532
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,399.80 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 1,359.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 349.95 | $ 0.00 | $ 50.97 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 6,975.00 | $ 0.00 | $ 1,015.83 |
| Charges: Clerk of Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,359.80 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,172.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC - Best Buy) | $ 1,110.94 | $ 0.00 | $ 0.00 |
| 000002 | BMW Financial Services NA, LLC | $ 14,289.44 | $ 0.00 | $ 0.00 |
| 000003 | Asset Acceptance LLC | $ 3,771.70 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

                                      Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 12-05532-ERW
Christopher Daniel Austin                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1             Page 1 of 2              Date Rcvd: Nov 04, 2014
                              Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db              +Christopher Daniel Austin,    7648 S Parnell,    Chicago, IL 60620-1824
18489878        +ADT Security Services,    Attn: Bankruptcy Dept.,    7648 S Parnell Ave.,
                  Chicago, IL 60620-1824
18885802        +Atlas Acquisitions LLC  (HSBC - Best Buy),    294 Union St.,    Hackensack, NJ 07601-4303
18900309        +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18507363        +BMW Financial Services NA, LLC Department,    c/o Michael Aiken,    Ascension Capital Group,
                  P.O. Box 201347,    Arlington, TX 76006-1347
18489871        +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,
                  Chicago, IL 60606-4440
18489857        +Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
18489856        +City of Chicago/Dept. of Rev.,    Cost Recovery & Coll. Div.,    121 N. LaSalle St., Room 107A,
                  Chicago, IL 60602-1232
18489858        +Clerk, Chancery,    Doc#11CH00535,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
18489869        +Clerk, First Mun Div,    Doc #2011M1-143401,    50 W. Washington St., Rm. 1001,
                  Chicago, IL 60602-1316
18489877       #+DYCK O'Neal,    Attn: Bankruptcy Dept.,    15301 Spectrum Dr. Ste450,    Addison, IL 75001-6436
18489862        +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18489863        +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18489866        +First Source Advantage,    Bankruptcy Department,    205 Bryant Woods South,
                  Amherst, NY 14228-3609
18489868        +Freedman Anselmo Lindberg &,    Rappe LLC,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
18489874        +Harris & Harris Ltd.,    Bankruptcy Department,    222 Merchandise Mart Pl. #1900,
                  Chicago, IL 60654-1421
18489859       #+Hauselman & Rappin, LTD.,    Bankruptcy Department,    39 S. LaSalle St., Ste. 1105,
                  Chicago, IL 60603-1720
18489875        +Northwestern Mem. Phys. Group,    Bankruptcy Department,    75 Remittance Dr., #1293,
                  Chicago, IL 60675-1293
18489860        +Santander Consumer USA,    Attn: Bankruptcy Dept.,    Po Box 961245,    Ft Worth, TX 76161-0244
18489864        +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18936297        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 05 2014 00:57:14      Asset Acceptance LLC,
                  assignee CITIFINANCIAL/WICKES FURNITURE,    PO Box 2036,    Warren, MI 48090-2036
18489867        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 05 2014 00:57:14      Asset Acceptance LLC,
                  Bankruptcy Department,    7027 Miller Dr.,    Warren, MI 48092-4726
18489872        +E-mail/Text: ACF-EBN@acf-inc.com Nov 05 2014 00:56:59      Atlantic Credit & Finance, Inc,
                  Attn: Bankruptcy Dept.,    PO Box 13386,    Roanoke, VA 24033-3386
18520441        +E-mail/Text: bnc@atlasacq.com Nov 05 2014 00:57:02      Atlas Acquisitions LLC,    c/o Avi Schild,
                  294 Union St.,    Hackensack, NJ 07601-4303
22543096        +E-mail/Text: bankruptcynotices@bmwfs.com Nov 05 2014 00:57:38      BMW Bank of North America,
                  5550 Britton Parkway,    Hilliard, OH 43026-7456
18489865         E-mail/Text: bankruptcynotices@bmwfs.com Nov 05 2014 00:57:38      BMW Financial Services,
                  Attn: Bankruptcy Dept.,    5515 Parkcenter Circle,    Dublin, OH 43017
18489861        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2014 01:00:22      HSBC BEST BUY,
                  C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
18489870        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2014 00:57:16      Midland Funding, LLC,
                  Attn: Bankruptcy Dept.,    8875 Aero Drive, # 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18489873*       +Freedman Anselmo Lindberg &,    Rappe LLC,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
18489876*       +Harris & Harris Ltd.,    Bankruptcy Department,    222 Merchandise Mart Pl. #1900,
                  Chicago, IL 60654-1421
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: cmendoza1                Page 2 of 2                   Date Rcvd: Nov 04, 2014
                                Form ID: pdf006                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
              David J Frankel    on behalf of Creditor    Santander Consumer USA Inc. dfrankel@sormanfrankel.com,
               ckauffman@sormanfrankel.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper    on behalf of Plaintiff Joseph A Baldi jloper@baldiberg.com
              Nathan E Curtis    on behalf of Debtor Christopher Daniel Austin ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor    CitiMortgage, Inc. dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 8
```