**FILED**

DEC – 2 2014

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | **Case No. 12 B 05532** |
| **CHRISTOPHER DANIEL AUSTIN,** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING**
**APPLICATION OF BALDI BERG, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$6975.00** | TOTAL COSTS REQUESTED: | **$0.00** |
| TOTAL FEES REDUCED: | **$97.50** | TOTAL COSTS REDUCED: | **$0.00** |
| TOTAL FEES ALLOWED: | **$6,877.50** | TOTAL COSTS ALLOWED: | **$0.00** |

**TOTAL FEES AND COSTS ALLOWED: $6,877.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated:  December 2, 2014

Janet S. Baer
United States Bankruptcy Judge

**Baldi Berg, Ltd**                                                        10/14/2014

                                                                    Page    3

Austin, Chris - General Administration

| 2/05/2014 | JDL | Draft motion to turnover funds from ch. 13 trustee. | 1.50 $250.00/ hr | $375.00 |
|---|---|---|---|---|
| 2/06/2014 | JDL | Continue drafting motion to turnover funds from ch. 13 trustee. | 0.50 $250.00/ hr | $125.00 |
| 2/07/2014 | JDL | Continue drafting motion to turnover funds from ch. 13 trustee. (.4) Continue research re: same (1.7) | 2.10 $250.00/ hr | $525.00 |
| 2/12/2014 | JDL | Appear in court on continued motion to dismiss, motion for turnover. (.8) Email to attorney for debtor re: payments (.1) | 0.90 $250.00/ hr | $225.00 |
| 2/20/2014 | JDL | Email to debtor's counsel re: judgment payment plan. (.1) Research re: citations, third party citations (.6) | 0.70 $250.00/ hr | $175.00 |
| 2/21/2014 | JDL | Respond to email from debtor's counsel re: providing tax return. (.1) Continued research re: collections (.3) | 0.40 $250.00/ hr | $100.00 |
| 2/26/2014 | JDL | TC to D. Riley at Geraci re: production of 2013 income tax return.  Debtor not communicating with counsel despite requests. | 0.20 $250.00/ hr | $50.00 |
| 2/28/2014 | JDL | Cf w/ JAB re: debtor's audit by IRS, collections (.1) Email to D. Riley re: settlement offer (.1) Respond to email from D. Riley re: installment payments (.1) | 0.30 $250.00/ hr | $75.00 |
| 3/13/2014 | JDL | Prepare citation to discover assets. | 0.50 $250.00/ hr | $125.00 |
| 10/14/2014 | RKP ②| Prepare time detail as exhibit  in support of fee application (.4); draft BB final fee application (1.0); draft coversheet, proposed order and affidavit (.3); review and edit same (.3) | *1.50* 2.00 $195.00/ hr | $390.00 *-97.50* |

*-97.50*