# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
AUSTIN, CHRISTOPHER DANIEL          §       Case No. 12-05532
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage INC |  |  |  |  |  |
|  | Santander Consumer USA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| BALDI BERG. LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services | | | | | |
| | Atlantic Credit & Finance, Inc | | | | | |
| | City of Chicago/Dept. of Rev. | | | | | |
| | DYCK O'Neal | | | | | |
| | Harris & Harris Ltd. | | | | | |
| | Northwestern Mem. Phys. Group | | | | | |
| 000003 | ASSET ACCEPTANCE LLC | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC - BEST | | | | | |
| 000002 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 5
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-05532 | Judge: Eugene R. Wedoff |
|---|---|---|
| Case Name: | AUSTIN, CHRISTOPHER DANIEL | |

For Period Ending: 01/07/15

| Trustee Name: | Joseph A. Baldi |
|---|---|
| Date Filed (f) or Converted (c): | 02/15/12 (f) |
| 341(a) Meeting Date: | 03/19/12 |
| Claims Bar Date: | 08/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refunds (u) | 0.00 | 6,000.00 | | 1,399.80 | FA |
| 2011 Tax Return in amount of $6,000 received by Debtor post-petition; Trustee made demand for turnover; Trustee expended multiple efforts to collect the balance; remaining balance deemed uncollectible and additional collections would be insufficient to satisfy Estate's adminsitative claims; balance to be abandoned at closing | | | | | |
| 2. 7648 S Parnell Chicago, IL 60620 | 118,000.00 | 0.00 | | 0.00 | FA |
| Debtor's residence | | | | | |
| 3. Checking Account with Citi | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact disks | 35.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 7. Watch | 45.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Cadillac SRX with over 70,000 miles | 16,400.00 | 0.00 | | 0.00 | FA |
| Stay lifted per order dated 7/23/13 | | | | | |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $137,930.00 | $6,000.00 | | $1,399.80 | $0.00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee made numerous demands upon Debtor for turnover of an unscheduled tax refund that was received by Debtor post-petition; Debtor failed to turnover the funds; Trustee filed motion to dismiss case; motion to dismiss was denied without prejudice pending the filing of a 727 adversary; Trustee filed adversary complaint objecting to the Debtor's discharge; discharged denied 6/13; Debtor subsequently filed Chapter 13; Trustee worked with Ch. 13 Trustee to dismiss

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No: | 12-05532    Judge: Eugene R. Wedoff |
| Case Name: | AUSTIN, CHRISTOPHER DANIEL |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 02/15/12 (f) |
| 341(a) Meeting Date: | 03/19/12 |
| Claims Bar Date: | 08/06/12 |

and recover Ch. 13 funds; uncollected balance for non-scheduled tax refund is approximately $4,600.00; administrative expenses exceed balance of unscheduled tax refund,  Any additional efforts to collect balance of tax refund would go to pay administrative claims; since Debtor's discharge has been revoked, creditors can pursue collection of their accounts. In lieu of pursuing additional collection efforts, Trustee prepared TFR which requests to pay Clerk for filing fee and split balance of Estate funds between Trustee and Trustee's attorneys

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-05532 -ERW |
| Case Name: | AUSTIN, CHRISTOPHER DANIEL |
| Taxpayer ID No: | *******6430 |
| For Period Ending: | 01/07/15 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6917  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/14 | 1 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL 224 S MICHIGAN AVENUE, STE 800 CHICAGO IL 60604-2500 | FUNDS RECEIVED FROM CH 13 TRUSTEE | 1224-000 | 1,399.80 | | 1,399.80 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,389.80 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,379.80 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,369.80 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,359.80 |
| 12/03/14 | 001001 | Jeffrey P. Allsteadt Clerk of the U.S. Bankruptcy Court 219 S. Dearborn, 7th Floor Chicago, Illinois  60604 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 1,066.80 |
| 12/03/14 | 001002 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 51.65 | 1,015.15 |
| 12/03/14 | 001003 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,015.15 | 0.00 |

| | | | Page Subtotals | | 1,399.80 | 1,399.80 | |

Ver: 18.03b

FORM 2                                                                                    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 12-05532 -ERW | Trustee Name: | Joseph A. Baldi |
| Case Name: | AUSTIN, CHRISTOPHER DANIEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6430 | | |
| For Period Ending: | 01/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,399.80 | 1,399.80 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,399.80 | 1,399.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,399.80 | 1,399.80 | |

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******6917 | 1,399.80 | 1,399.80 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 1,399.80 | 1,399.80 | 0.00 |
| | ================ | ================ | ================ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00              0.00

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*